SOLNER INVESTMENT COMPANY *v.* THOMS.

1. APPEAL AND ERROR—COMMON PLEAS COURT—INTERLOCUTORY ORDER —JURISDICTION OF COURT OF APPEALS.

   An order of the common pleas court of the city of Detroit setting aside a default judgment is interlocutory and not a matter of which the Court of Appeals has jurisdiction to hear an appeal (GCR 1963, 801.3).

2. COSTS—BRIEFS—DISMISSAL OF APPEAL.

   No costs are allowed appellee upon dismissal of appeal, where appellee had failed to file a brief.

Appeal from Common Pleas Court of Detroit; Vokes (David C.), J. Submitted Division 1 December 7, 1965, at Detroit. (Docket No. 831.) Decided January 11, 1966.

Summons and affidavit of account by Solner Investment Company, a Michigan corporation, against

REFERENCES FOR POINTS IN HEADNOTES
[1] 4 Am Jur 2d, Appeal and Error § 127.
  5 Am Jur 2d, Appeal and Error § 856.
  Order setting aside, or refusing to set aside, default judgment as a final judgment or order for purposes of appeal. 108 ALR 225.
[2] 5 Am Jur 2d, Appeal and Error §§ 686, 1010, 1013.

Frederick W. Thoms and Erin L. Thoms for the unpaid balance on moneys owed on the purchase of goods. Default judgment for plaintiff. Defendants' motion to set aside default granted. Plaintiff appeals. Appeal dismissed.

*Balfour D. Peisner,* for plaintiff.

J. H. GILLIS, J. This is an appeal from an order of the common pleas court of the city of Detroit setting aside a default judgment. The order is interlocutory and under GCR 1963, 801.3 this Court has no jurisdiction to hear this appeal.

Dismissed. No costs, appellees having failed to file a brief.

WATTS, P. J., and BURNS, J., concurred.